IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR150

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **ORDER** |
| BERRY BLAINE CRISWELL | ) ) ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence [doc. 22]. In accordance with the Court's original intent, this motion is **GRANTED**. Defendant's sentence is reduced from 36 months to 16 months. A new J&C is to be prepared to reflect the new sentence and that Defendant is receiving credit for time served in the North Carolina State prison system.

**IT IS SO ORDERED.**

Signed: March 29, 2007

Graham C. Mullen
United States District Judge